Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| The UNITED STATES of AMERICA,                    )<br>                                                                      )<br>                         Plaintiff,                      )<br>                                                                      )<br>                     v.                                          )<br>                                                                      )<br>AYUB AYUB aka "Syed,"                              )<br>                                                                      )<br>                         Defendant.                  )<br>_____) | No. CR11-362RSL<br><br><br><br><br>ORDER CONTINUING<br>GOVERNMENT'S RESPONSE |

THIS MATTER comes before the Court on the stipulated motion of the government and defendant to continue the government's response to defendant's motion to suppress statements. *See* CR 94-97.  The government's response is currently due September 6, 2012.  Having considered the entirety of the record and files herein, good cause exists to continue the deadline for the government's response one week.

//

//

//

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS NOW, THEREFORE, ORDERED that the government's response to defendant's
2 motion to suppress shall be filed on or before September 13, 2012.
3    Dated this 6th day of September, 2012.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

Presented by:
s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

Order Continuing Response Deadline
AYUB/CR11-362RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970